JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-03391-KK-SPx** | Date: | August 25, 2026 |
| Title: | ***Christian Daniel Rilloraza v. FedEx Ground Package System, Inc.*** | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order DISMISSING Case Without Prejudice for Failure to Exhaust Administrative Remedies**

On December 15, 2025, plaintiff Christian Rilloraza ("Plaintiff"), proceeding pro se, filed a complaint against defendant FedEx Ground Package System, Inc. ("Defendant"), asserting two violations of Title I of the Americans with Disabilities Act ("ADA"). ECF Docket No. ("Dkt.") 1. Plaintiff's ADA claims arise from Defendant's alleged refusal to provide reasonable accommodations, failure to engage in the interactive process, and threat of disciplinary action in response to Plaintiff's protected ADA activity. Id. ¶ 3.

On May 11, 2026, Plaintiff filed a motion to stay the instant action pending administrative exhaustion before the Equal Employment Opportunity Commission. Dkt. 30.

On June 22, 2026, the Court issued an Order to Show Cause ("OSC") as to why this matter should not be dismissed for subject matter jurisdiction given Plaintiff's failure to exhaust his claims brought under Title I of the Americans with Disabilities Act. Dkt. 33. On June 23, 2026, Plaintiff filed a Response, conceding he has not fully exhausted his claims and requesting dismissal without prejudice if the Court finds it lacks jurisdiction. Dkt. 34 at 2.

///

///

///

As expressed in the June 22, 2026 OSC, the Court lacks subject matter jurisdiction over Plaintiff's Title I ADA claim absent administrative exhaustion before the EEOC. See Dkt. 33 at 1 (citing Vasquez v. Cnty. of Los Angeles, 349 F.3d 634, 645 (9th Cir. 2003), as amended (Jan. 2, 2004), and Zimmerman v. Or. Dep't of Just., 170 F.3d 1169, 1172 (9th Cir. 1999)). Accordingly, this case is hereby ordered **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. (JS-6)